| Date | Pleading Number | |
|---|---|---|
| 1/30/75 | 1. | MOTION -- Def. Delta Air Lines, Inc., w/supporting brief, Schedule A, certificate of service. (A-1 thru A-7) REQUESTED TRANSFEREE FORUM: E.D. Tennessee |
| 3/4/75 | | LETTERS FROM PLAINTIFFS BONNER, HANEY, SIKES, MCWHIRTER (APPLEWHITE & SACHARIASENN) stating desire to litiga in the E.D. Tenn |
| 3/5/75 | | HEARING ORDER-- Setting A-1 through A-7 for hearing, March 21, 1975 Dallas, Texas Notified counsel, involved judges/ |
| 3/10/75 | 2 | UNITED STATES OF AMERICA -- third party defendant - RESPONSE |
| 4/17/75 | | CONSENT OF CHIEF JUDGE WILSON FOR LITIGATION TO BE TRANSFERRED TO W.D. TENN. FOR ASSIGNMENT TO Judge Frank Wilson |
| 4/17/75 | | OPINION AND ORDER -- transferring action from M.D. Florida to E.D. Tenn for coordinated or consolidated Pretrial proceedings pursuant to 28 U.S.C. §1407 for assignment to Judge Frank Wilson |
| 4/22/75 | | CORRECTION ORDER -- Correcting Opinion and Order of April 17, 1975 to read: On page 2, second paragraph, last line: . . . The crash occurred within the Eastern District of Tennessee and many of the relevan documents and anticipated witnesses, including all of the ground and most of the passenger eyewitnesses, are located there. NOTIFIED ALL RECIPIENTS OF OPINION AND ORDER |
| 6/9/75 | | ANTHONY J. ORSINO V. DELTA AIR LINES, INC., E.D.PA., 75-1429 CTO filed today. Notified counsel, involved judges. |
| 6/26/75 | | ANTHONY J. ORSINO V. DELTA AIR LINES, INC., E.D.PA., 75-1429 CTO final today. Notified clerks, involved judges |
| 12/22/75 | | SUGGESTION OF REMAND FOR A-7 and B-1 from transferee judge |
| 12/22/75 | | J. T. Roberts, Sr. v. Delta Air Lines, Inc., E.D. Tenn. 1-75-80 Anthony J. Orsino v. Delta Air Lines, Inc. E.D. Tenn 1-75-132 CRO filed today. Notified counsel, involved judge |
| 1/6/76 | | J. T. ROBERTS. SR. V. DELTA AIRLINES, INC., E.D.TENN 1-75-80 ANTHONY J. ORSINO V. DELTA AIR LINES, INC., E.D. TENN, 1-75-132 CONDITIONAL REMAND ORDERS FINAL TODAY. NOTIFIED TRANSFEREE CLERK TRANSFEREE JUDGE, INVOLVED CLERKS |

April 17, 1975, Opinion and Order 383 F. SUPP. 1405 (1975)

DOCKET NO. 200 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Closed see Post Transf. Order 7/30/76

## Description of Litigation

MDL-200 -- IN RE AIR CRASH DISASTER AT CHATTANOOGA, TENNESSEE, ON NOVEMBER 27, 1973

### Summary of Panel Action

Date(s) of Hearing(s): 3/21/75

Date(s) of Opinion(s) or Order(s): 4/17/75

Consolidation Ordered  xx   Name of Transferee Judge: FRANK W. WILSON
Consolidation Denied  ___   Transferee District: EASTERN DISTRICT OF TENN.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | L. H. McWhirter v. Delta Air Lines, Inc. | E.D.Tenn. Wilson | 1-74-207-FWW | NT | | | |
| A-2 | Clemencia & Irving Sackariasen v. Delta Air Lines, Inc. | E.D.Tenn. | 1-74-220 | NT | | | Closed - transferred 3pty action to Delta v. U.S.A. E.D. Tenn., 1-76-21 which is not before Panel. |
| A-3 | G. T. Sikes v. Delta Air Lines, Inc. | E.D.Tenn. | 1-75-4 | NT | | | |
| A-4 | James Ralph Bonner v. Delta Air Lines, Inc. | E.D.Tenn. | 1-74-230 | NT | | | |
| A-5 | Franklin L. Haney v. Delta Air Lines, Inc. | E.D.Tenn. | 1-74-219 | NT | | | |
| A-6 | Robert A. Applewhite v. Delta Air Lines, Inc. | E.D.Tenn. | 1-74-221 | NT | | | CA No 1-76-21 dis. by order of J. Wilson Remand 1/6/76 |
| A-7 | J. T. Roberts, Sr. v. Delta Air Lines, Inc. CRO 12/22/75 | M.D.Fla. Krentzman | 74-700 Civ.-K | 4/17/75 | 1-75-80 | Remand 1/6/76 | 2/24/77 |
| B-1 | Anthony J. Orsino v. Delta Air Lines, Inc. CRO 6/9/75 CRO 12/22/75 | E.D. Pa. Bechtle | 75-1429 | 6/26/75 | 1-75-132 | Remand 1/6/76 | |

CERTIFIED CORRECT JULY 1976

NOTE FROM TR'E COURT RE: A-1 thru A-6 1/30/76 Agreed order of dismissal entered as to original action. Third-party action still pending.

(2) Rem to Pending

**ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

DOCKET NO. 200 -- IN RE AIR CRASH DISASTER AT CHATTANOOGA, TENNESSEE, ON NOVEMBER 27, 1973

| No. | Plaintiff | Defendant |
|---|---|---|
| | L. H. MCWHIRTER (A-1)<br>  John K. Morgan, Esquire<br>  Morgan, Garner & Wood<br>  100 Maclellan Building<br>  Chattanooga, Tennessee  37402<br><br>ROBERT A. APPLEWHITE (A-6)<br>CLEMENCIA & IRVING SACKARIASENN (A-2)<br>  Harry Berke, Esquire<br>  Berke, Berke & Berke<br>  1101-9 Volunteer Building<br>  Chattanooga, Tennessee 37402<br><br>G. T. SIKES (A-3)<br>  Charles C. Guinn, Esquire<br>  Ziegler & Guinn<br>  12 Washington Street<br>  Athens, Tennessee  37303<br><br>JAMES RALPH BONNER (A-4)<br>  Paul D. Kelly, Jr., Esquire<br>  Kelly, Leiderman & Kelly<br>  Betsy Pack Drive<br>  Jasper, Tennessee  37347<br><br>FRANKLIN L. HANEY (A-5)<br>  Andrew A. Wassick, Esquire<br>  Haney & Wassick<br>  Suite 310<br>  401 Building<br>  Chattanooga, Tennessee  37402<br><br>J. T. ROBERTS, SR. (A-7)<br>  Verne Lawyer, Esquire<br>  427 Fleming Building<br>  Des Moines, Iowa  50309 | DELTA AIR LINES, INC.<br>  Stephen J. Fearson, Esquire<br>  Condon & Forsyth<br>  1251 Avenue of the Americas<br>  New York, New York  10020<br><br>UNITED STATES<br>  Mark A. Dombroff, Esq.<br>  Tort Section, Civil Div.<br>  Aviation Unit<br>  Department of Justice<br>  Washington, D.C.  20530 |

| No. | Plaintiff | Defendant |
|---|---|---|
| B-1 | Jon C. Oplinger, Esquire<br>Beasley, Hewson, Casey,<br>  Kraft & colleran<br>21 S. 12th Street<br>Philadelphia, Pa. 19107 | Krusen, evans Byrne<br>21 So. 12th Street<br>Philadelphia, P.a 19107 |